IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CAMERON MITCHELL,<br><br>                    Defendant. | 4:15CR3146<br><br>**DETENTION ORDER** |

After affording the defendant an opportunity for a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), the court concludes the defendant must be detained pending trial.

There is a rebuttable presumption that no condition or combination of conditions of release will reasonably assure the defendant's appearance at court proceedings and the safety of the community because there is probable cause to believe the defendant committed a felony involving possession or use of a firearm or destructive device or any other dangerous weapon. The defendant has not rebutted this presumption.

Specifically, the court finds:

The defendant's criminal record indicates a propensity to violate the law and orders of the court.
The evidence indicates the defendant has a propensity to harm, coerce and intimidate others.
The defendant has failed to appear for court proceedings in the past.
The defendant waived the right to a detention hearing.
The defendant has entered a plea of guilty to the crimes charged.

<u>Directions Regarding Detention</u>

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

October 39, 2015.'"""""""""""""""""""""""""""""'        BY THE COURT:
                                                                  *s/ Cheryl R. Zwart*
                                                                   United States Magistrate Judge